## Case No. 15,590.

UNITED STATES v. LEESE.

[Hoff. Land Cas. 124.] [1]

District Court, N. D. California. Dec. Term, 1855.

MEXICAN LAND GRANT—OCCUPATION.

This claim undoubtedly valid.

Claim for five leagues of land in Sonoma county, confirmed by the board, and appealed by the United States.

[This was a claim by Jacob P. Leese for the Rancho Huichicha. Claim filed April 6, 1852. Confirmed by the commission April 18, 1853.]

S. W. Inge, U. S. Atty.

Stanly & King, for appellee.

BY THE COURT. The claimant in this case obtained on the 21st of October, 1841, a grant from Manuel Jimeno. acting governor of California, for two square leagues of land, as designated on the map which accompanied his petition. Juridical possession

was given of the tract as delineated on the map, but the extent of land measured to him largely exceeded the quantity mentioned in the grant. He thereupon petitioned for an augmentation, and on the 6th of July, 1844, he obtained from Governor Micheltorena an additional grant for three and one-half leagues, making in all five leagues and a half. The proofs show that as early as 1839 the land was occupied, and a house built upon it. The grantee also placed there cattle and horses, and cultivated about two hundred acres of the land. He has ever since continued to occupy it. The authenticity of the grant is shown by proof of the genuineness of the signatures, and the production of the expediente from the archives of the former government. The claim was confirmed by the board, and no objections to it are suggested in this court. A decree of confirmation must therefore be entered.

## Case No. 15,591.

UNITED STATES v. LEFEVRE.

[1 Cranch, C. C. 244.] [1]

Circuit Court, District of Columbia. July Term, 1805.

KEEPING A FARO TABLE.

Under the act of assembly of Maryland, 1797. c. 110, the offence of keeping a faro table can only be committed by a tavern keeper or retailer of spirituous liquors.

Indictment for keeping a faro table, at common law, and on the act of assembly of Maryland, 1797, c. 110.

THE COURT was of opinion, that in order to bring the traverser within the act of assembly, he must be either a tavern keeper, or a retailer of spirituous liquors, by being in the custom of selling liquors by retail, either with or without license.

Whereupon Mr. Jones gave up the count upon the statute.

## Case No. 15,591a.

UNITED STATES v. LEMMONS.

[Hempst. 62.] [2]

Superior Court, Territory of Arkansas. Oct., 1828.

INDICTMENT—CONCLUSION.

An indictment must conclude "against the peace and dignity of the United States."

Indictment [against James Lemmons] for setting up and keeping a faro bank.

Before JOHNSON, ESKRIDGE, TRIMBLE, and BATES, JJ.

On motion of the defendant, by his attorney, the indictment was quashed, because it did not conclude "against the peace and dignity of the United States of America."

---

1 [Reported by Numa Hubert, Esq., and here reprinted by permission.]

1 [Reported by Hon. William Cranch, Chief Judge.]

2 [Reported by Samuel H. Hempstead, Esq.]